

# NUMBER 13-17-00211-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## EX PARTE ARMANDO CARDOZA RODRIGUEZ

On appeal from the 197th District Court
of Cameron County, Texas.

## MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Contreras and Hinojosa**
**Memorandum Opinion by Chief Justice Valdez**

This appeal was abated by this Court on July 27, 2017, because a petition for bill of review was set to be heard before the trial court. This cause is now before the Court on appellant's motion to dismiss the appeal. Appellant requests that this Court dismiss the appeal because the bill of review was granted, the trial court signed an order denying the petition for expunction, and the appellant no longer wishes to pursue the appeal. Accordingly, this case is hereby REINSTATED.

The Court, having considered the documents on file and appellant's motion to

dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED. Costs will be taxed against appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

**/s/ Rogelio Valdez**
ROGELIO VALDEZ
Chief Justice

Delivered and filed the
26th day of October, 2017.

2